AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 3:21mc758
Information Associated With a Silver iPhone and a Gray )
Android phone recovered on November 22, 2020, inside )
vehicle center console during Search Warrant )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Information Associated With a Silver iPhone and a Gray Android phone recovered on November 22, 2020, inside vehicle center console during Search Warrant at PSP-Stroudsburg, as further described in Attachment A.

located in the ___Middle___ District of ___Pennsylvania, and elsewhere___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to Deliver & Possession with Intent to Deliver a Controlled Substance |
| 21 U.S.C. 841 | Delivery of a Controlled Substance |

The application is based on these facts:
See Affidavit of Probable Cause.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

SIMON ABBOUD
Digitally signed by SIMON ABBOUD
Date: 2021.09.30 14:55:38 -04'00'

*Applicant's signature*

Special Agent Simon Abboud, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
___telephone___ *(specify reliable electronic means).*

Date: 09-30-21

*Judge's signature*

City and state: Scranton, PA             U.S. Chief Magistrate Judge Karoline Mehalchick
                                         *Printed name and title*